

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2020

No. 04-20-00008-CV

Dennis R. **CAHILL**,
Appellant

v.

Shirley A. **JONES-CAHILL**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-236
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

This is an accelerated appeal from an interlocutory order. Appellant filed his notice of appeal on December 16, 2019. Accordingly, the clerk's record was due ten days later on December 27, 2019. *See* TEX. R. APP. P. 26.1(b), 35.1(b). This court has granted Susan Jackson, the District Clerk of Kendall County, Texas, extensions of time until February 24, 2020, to file the record. On that date, the Clerk filed a notification of late record stating the record would not be timely filed and requesting a further extension of time.

We grant the motion in part and order Susan Jackson to file the clerk's record in this appeal by **March 5, 2020**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days). Jackson is advised that **no further extensions of time will be granted.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2020.



Michael A. Cruz,
Clerk of Court